**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**RICHARD ALBERT LOGSDON,**

     **Plaintiff,**

**v.**                                        **Case No. 3:26-cv-942-AW-ZCB**

**WARDEN QUINN, et al.,**

     **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff, a pro se prisoner, initiated this § 1983 case. The magistrate judge issued a report and recommendation concluding the court should dismiss based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 6. Plaintiff filed no timely objection to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice under the court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

The motion for leave to proceed *in forma pauperis* (ECF No. 8) is DENIED as moot.

SO ORDERED on April 9, 2026.

s/ *Allen Winsor*

Chief United States District Judge

2